**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>Master Docket Case No. 1:23-cv-00818<br>Honorable Mary M. Rowland |
| Alice<br><br>v.<br><br>Revlon, Inc., et al | MASTER SHORT-FORM COMPLAINT AND JURY DEMAND<br><br>Civil Action No. |

1. Plaintiff(s)/Injured Party/Decedent (hereinafter, "Plaintiff(s)") incorporate by reference Plaintiffs' Master Long Form Complaint in *In Re: Hair Relaxer Marketing, Sales Practices and Products Liability Litigation*, MDL 3060, filed as of May 15, 2023, as Document Number 106.

2. Plaintiff Alice London, file(s) this Complaint pursuant to CMO No. 2 and is to be bound by the rights, protections and privileges, and obligations of that CMO and other Orders of the Court. Further, in accordance with CMO No. 2, Plaintiff(s) hereby designate(s) the United States District Court for the District of South Carolina as Plaintiff's designated venue ("Original Venue"). Plaintiff makes this selection based upon one (or more) of the following factors (please check the appropriate box(es)):

    X    Plaintiff currently resides in Simpsonville, SC;

    X    Plaintiff purchased and used Defendant(s)' products in South Carolina;

    \_\_\_\_ The Original Venue is a judicial district in which Defendant _____ resides, and all defendants are residents of the State in which the district is located (28 U.S.C. § 1391(b)(1)).

    \_\_\_\_ The Original Venue is a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, specifically (28 U.S.C. § 1391(b)(2)):_____.

    \_\_\_\_ There is no district in which an action may otherwise be brought under 28 U.S.C. § 1391, and the Original Venue is a judicial district in which Defendant _____ is subject to the Court's personal jurisdiction with respect to this action (28 U.S.C. § 1391(b)(3)).

    \_\_\_\_ Other reason (please explain): _____.

3. For purposes of diversity jurisdiction, Plaintiff is a citizen of <u>South Carolina</u>.

4. Plaintiff(s) state(s) and incorporate(s) by reference as if set forth fully herein all common allegations contained in paragraphs 1 through 114 of the Master Long Form Complaint.

## CASE SPECIFIC FACTS REGARDING HAIR RELAXER PRODUCT USE AND INJURIES

5. Plaintiff began using hair relaxer product(s) on or about the following date: <u>January 1978</u>.

6. Plaintiff used the following hair relaxer product(s), which Plaintiff contends caused and/or contributed to their injury(ies) and brings claims against the following Defendants:

| | |
|---|---|
| **X  L'Oréal USA, Inc./L'Oréal USA Products, Inc./SoftSheen-Carson LLC** <br>   X   Dark & Lovely <br>        Optimum <br>        Mizani | **Revlon, Inc./Revlon Consumer Products Corporation / Revlon Group Holdings LLC / Revlon** <br>        Crème of Nature <br>        Revlon Realistic |
| **X Strength of Nature, LLC/Godrej SON Holdings** <br>       X Motions <br>        Just for Me <br>         Soft & Beautiful <br>         TCB <br>   ☐ TCB Naturals <br>   ☐ Profectiv Mega Growth <br>   ☐ African Pride Dream Kids <br>        X African Pride <br>   ☐ Dr. Miracle's | **X    Dabur International Ltd./Dabur International USA Ltd./Namaste Laboratories, LLC/Dermoviva Skin Essentials, Inc.** <br>       X     ORS Olive Oil |
| ☐ **AFAM Concept, Inc, d/b/a JF Labs** <br>   ☐ Hawaiian Silky | ☐ **Parfums de Coeur, Ltd. d/b/a PDC Brands** <br>   ☐ Cantu |
| ☐ **McBride Research Laboratories, Inc.** <br>   ☐ Design Essentials | ☐ **Avlon Industries** <br>   ☐ Affirm |
| ☐ **Beauty Bell Enterprises, LLC d/b/a House of Cheatham / House of Cheatham, LLC** <br>   ☐ Africa's Best | ☐ **Luster Products, Inc.** <br>   ☐ Pink <br>   ☐ Smooth Touch |
| ☐ **Sally Beauty Holdings, Inc.** <br>   ☐ Silk Elements | |

7. Other manufacturer(s)/product(s) used by Plaintiff not identified above:_____

_____.

8. Plaintiff's use of Defendant(s) hair relaxer product(s) caused serious injuries and damages including but not limited to the following:

3

|   | Uterine Cancer |
|---|---|
| X | Endometrial Cancer |
|   | Ovarian Cancer |
| ☐ | Other injuries and/or additional details (please specify): |

9. Approximate date(s) of diagnosis (injury(ies)), if applicable at this time, that form(s) the basis of Plaintiff's claim(s): September 2014 .

**CAUSES OF ACTION AND THEORIES OF RECOVERY ADOPTED AND INCORPORATED IN THIS LAWSUIT**

10. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, the following Causes of Action and the Prayer for Relief within the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 3060:

| X | Count I – Negligence and/or Gross Negligence |
|---|---|
| X | Count II – Negligent Misrepresentation |
| X | Count III – Negligence *Per Se* |
| X | Count IV – Strict Liability: Design Defect |
| X | Count V – Strict Liability: Failure to Warn |
| x | Count VI – Breach of Implied Warranty of Merchantability/Fitness for Particular Use |

4

x        Count VII – Breach of Express Warranty under state law and the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et. seq.

x        Count VIII – Fraud/Fraudulent Misrepresentation

x        Count IX – Fraudulent Concealment

x        Count X – U.S. State and Territory Statutory Consumer Protection and Unfair or Deceptive Trade Practices Claims

x        Count XI – Unjust Enrichment

☐        Count XII – Wrongful Death

☐        Count XIII – Survival Action

☐        Count XIV – Loss of Consortium

X        Count XV – Punitive Damages

☐        Other Causes of Action:

_____

_____

_____.

11.    <u>Consortium Claim(s) (if applicable)</u>: The following individual(s) allege(s) damages for loss of consortium:

_____.

12.    <u>Survival and/or Wrongful Death Claim(s) (if applicable)</u>: The following individual(s) allege(s) damages for survival and/or wrongful death:

_____.

## JURY DEMAND

Plaintiff(s) demand(s) a trial by jury as to all claims in this action.

Dated this the 14th day of September, 2023.

                        RESPECTFULLY SUBMITTED
                        ON BEHALF OF THE PLAINTIFF(S),

                        */s/ Michael C. Watson*

                        _____
                        MICHAEL C. WATSON, PLLC
                        Michael C. Watson
                        Texas Bar No.: 24025705
                        2617 Bissonnet, Suite 452
                        Houston, Texas 77005
                        Telephone:(713) 254-4315
                        Email:     mwatson@michaelcwatson.com